UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAUREEN FAHLBUSH,

    Plaintiff,

                                      Case No. 24-cv-12766

v.                                 Hon. Matthew F. Leitman

THE HOME DEPOT, U.S.A., INC.,

    Defendant.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL (ECF No. 10)

On March 6, 2026, Plaintiff Maureen Fahlbush filed a motion to compel Defendant The Home Depot, U.S.A., Inc. to respond to certain outstanding discovery requests. (*See* Mot., ECF No. 10.)  The Court held a status conference on March 16, 2026, to discuss the motion.  For the reasons explained on the record during the status conference, the motion is **GRANTED**.  Home Depot should provide full and complete responses to the discovery identified in the motion without objection (other than for privilege) by no later than **April 6, 2026**.

    **IT IS SO ORDERED.**

                                  s/Matthew F. Leitman
                                  MATTHEW F. LEITMAN
                                  UNITED STATES DISTRICT JUDGE

Dated:  March 16, 2026

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 16, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan<br>
Case Manager<br>
(313) 234-5126